UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUTTER, et al.,<br><br>    Defendants. | Case No. 23-cv-05021-SI<br><br>**ORDER DISMISSING CASE** |

In an order filed November 7, 2023, the Court dismissed the complaint and granted leave to amend. Dkt. No. 5. That order stated that if an amended complaint was not filed by November 28, 2023, the Court would dismiss this case. As of the filing date of this order, plaintiff Briggett C. Phelps has not filed an amended complaint. Accordingly, the Court DISMISSES this case.

**IT IS SO ORDERED**.

Dated: December 5, 2023

_____
SUSAN ILLSTON
United States District Judge