UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS,<br><br>   Plaintiff,<br><br>  v.<br><br>SUTTER, et al.,<br><br>   Defendants. | Case No. 23-cv-05021-SI<br><br>**JUDGMENT** |

The Court has dismissed this case. *See* Dkt. Nos. 5, 7. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 5, 2023

_____
SUSAN ILLSTON
United States District Judge